## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | BK. No. 81-82295/A 01-8003/ |
| CENTENNIAL COMMUNICATIONS, ) | A 93-8022 |
| INC., ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| ESTATE OF CENTENNIAL ) | |
| COMMUNICATIONS, INC. ) | Case No. 8:05CV256 |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| ) | |
| MILDRED LONGTAIN, ) | |
| ) | |
| Appellee. ) | |

The records of the court show that on July 12, 2005, a letter (Filing No. 11) was sent to

**Thomas F. Jeffrey**
**50 Santa Rosa Avenue**
**5th Floor**
**Santa Rosa, CA 95404**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on September 20, 2005, Mr. Jeffrey has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 21, 2005**, attorney Jeffrey shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

Dated this 22nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge